# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00076-CR

**Everton Roxroy Bailey, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 13-0933-K26, HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Everton Roxroy Bailey, Jr. filed his notice of appeal on February 3, 2015. Appellant's brief on appeal was originally due on July 3, 2015. On counsel's motion, the deadline for filing was extended 45 days to August 17, 2015. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional 45 days. We grant the motion for extension of time and order appellant to file a brief no later than October 1, 2015. No further extension of time will be granted. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 28th day of August, 2015.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish